UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARIA CORAZON MARGALLO-GANS, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT FARRELL; ANGELITA FARRELL; and CHOICE HOTELS INTERNATIONAL, INC., <br><br> Defendants. | CIV. 09-4026 <br><br><br> **STIPULATION FOR JUDGMENT OF DISMISSAL** |

Plaintiff, by and through her counsel of record, Mike Luce, Rochelle Cundy, and Murphy, Goldammer & Prendergast, L.L.P.; Defendants Robert Farrell, Angelita Farrell, and AFO of Oacoma, Inc., d/b/a Comfort Inn & Suites Hotel, by and through their counsel of record, Clint Sargent, and Meierhenry Sargent L.L.P., and William P. Fuller, and Fuller & Sabers, L.L.P.; and Defendant Choice Hotels International, Inc., by and through their counsel of record, Melissa C. Hinton, and Davenport, Evans, Hurwitz and Smith, L.L.P., hereby stipulate and agree to the dismissal on the merits with prejudice of the above-entitled action and hereby dismiss the same, each party to bear its own costs, expenses, and attorneys' fees.

Stipulation for Judgment of Dismissal
*Margallo-Gans v. Choice Hotels, et al*, Civ. 09-4026
Page 1

Dated at South Falls, South Dakota, this 23rd day of November, 2009.

                                  MURPHY, GOLDAMMER &
                                  PRENDERGAST, L.L.P.

                                  _____
                                  Michael L. Luce
                                  Rochelle R. Cundy
                                  101 North Phillips Avenue
                                  Wells Fargo Building, Suite 402
                                  Sioux Falls, SD 57101
                                  Telephone: (605) 331-2975
                                  Facsimile: (605) 331-6473
                                  mike@mgplawfirm.com
                                  rochelle@mgplawfirm.com
                                      *Attorneys for Plaintiff*

Stipulation for Judgment of Dismissal
*Margallo-Gans v. Choice Hotels, et al*, Civ. 09-4026
Page 2

Dated at Sioux Falls, South Dakota, this 4th day of December, 2009.

          MEIERHENRY SARGENT, L.L.P.

          _____
          Clint L. Sargent
          315 S. Phillips Avenue
          Sioux Falls, SD 57104
          Telephone: (605)336-3075
          Facsimile: (605)336-2593
          clint@meierhenrylaw.com
            *Attorneys for Defendants Robert Farrell,*
            *Angelita Farrell, and AFO of Oacoma, Inc.,*
            *d/b/a Comfort Inn & Suites Hotel*

Stipulation for Judgment of Dismissal
*Margallo-Gans v. Choice Hotels, et al*, Civ. 09-4026
Page 3

Dated at Sioux Falls, South Dakota, this 4th day of ~~November~~ December, 2009.

                FULLER & SABERS, L.L.P.

                */s/ William P. Fuller*
                William P. Fuller
                7521 S. Louise Avenue
                Sioux Falls, SD 57108
                Telephone: (605)333-0003
                Facsimile: (605)333-0007
                bfuller@fullerandsabers.com
                    *Attorneys for Defendants Robert Farrell and Angelita Farrell*

Stipulation for Judgment of Dismissal
*Margallo-Gans v. Choice Hotels, et al*, Civ. 09-4026
Page 4

Dated at Sioux Falls, South Dakota, this 7th day of December, 2009.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

/s/ Melissa C. Hinton
Melissa C. Hinton
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
mhinton@dehs.com
  *Attorneys for Defendant Choice Hotels International, Inc.*

Stipulation for Judgment of Dismissal
*Margallo-Gans v. Choice Hotels, et al*, Civ. 09-4026
Page 5